

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-13-00803-CV

Denise **MCVEA**,
Appellant

v.

James **KISSLER**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14927
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

On February 12, 2014, this appeal was dismissed for want of prosecution because appellant failed to respond to an order from this court requiring her to provide written proof that the fee had been paid or arrangements had been made to pay the fee for filing the record. On February 21, 2014, appellant filed a motion for reconsideration stating that she had made "several telephonic attempts to make arrangements with the district clerk's office and the court reporter to find out the cost for the court clerk's record and the cost for the reporter's record;" however, neither the district clerk nor the court reporter provided appellant with the fee amount she was required to pay.

It is ORDERED that the trial court clerk and Judith A. Stewart, the court reporter responsible for preparing the reporter's record in this appeal, file written responses to appellant's motion no later than two weeks from the date of this order. The written responses must include the cost for the preparation of the records for this appeal. It is FURTHER ORDERED that appellee may file a response to appellant's motion. *See* TEX. R. APP. P. 49.2 (providing motion for rehearing may not be granted unless a response has been filed or requested by the court). If appellee elects to file a response to the motion, such response must be filed in this court no later than two weeks from the date of this order.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.



Keith E. Hottle
Clerk of Court